| | |
|---|---|
| JAN I. GOLDSMITH, City Attorney<br>DONALD R. WORLEY, Assistant City Attorney<br>WALTER C. CHUNG, Deputy City Attorney<br>California State Bar No. 163097<br>    Office of the City Attorney<br>    1200 Third Avenue, Suite 1100<br>    San Diego, California 92101-4100<br>    Telephone:  (619) 533-5800<br>    Facsimile:   (619) 533-5856 | Exempt from fees per Gov't Code § 6103<br>To the benefit of the City of San Diego |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GIBSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No.  12cv0159 H WMC<br><br>DEFENDANT CITY OF SAN DIEGO'S RESPONSE TO COURT'S REQUEST RE: PLAINTIFF'S ELIGIBILITY FOR MEDICARE<br><br>Judge: Hon. Marilyn L. Huff<br>Court Room:<br>Trial: None set. |

At yesterday's hearing on Defendant City of San Diego's ("City") Motion to Dismiss Plaintiff Dennis Gibson's ("Plaintiff") Complaint, the Court requested that the City provide it with information regarding Plaintiff's eligibility for Medicare coverage based on Plaintiff's employment with the City.

The City's Personnel Department has researched the question.  According to their current computerized records, Plaintiff, while employed with the City, made Medicare contributions from at least the beginning of 1992.

Plaintiff likely made Medicare contributions beginning in 1988 when he was re-hired by the City.  However, those records are contained on microfiche and are not readily accessible to the City's Personnel Department.  If the Court would like the City to retrieve those records, it will gladly do so.

/ / /

/ / /

Document Number: 359721

1

1  Accordingly, based on the City's records, Plaintiff will be Medicare eligible upon
2  reaching the age of 65.

3  Dated: April 26, 2012                         JAN I. GOLDSMITH, City Attorney

5                                                By   /s/ Walter C. Chung
                                                     Walter C. Chung
6                                                    Deputy City Attorney

7                                                Attorneys for Defendant